**Motion Granted; Abatement Order filed November 16, 2011.**



In The

# Fourteenth Court of Appeals
———————

NO. 14-10-00821-CV
NO. 14-10-00856-CV
NO. 14-10-01145-CV
———————

**MILTON GARCIA, Appellant**

**V.**

**NEWPORT INSURANCE COMPANY, BANK OF AMERICA CORPORATION, AND BAC HOME LOAN SERVICING, LP, Appellees**

---

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2009-59268**

---

## A B A T E M E N T   O R D E R

On November 15, 2011, the parties notified this court that they were in settlement negotiations and expected an agreement to settle the issues on appeal. The parties requested cancellation of oral argument and abatement of the appeal for completion of the settlement. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until **December 16, 2011**. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.


PER CURIAM